# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

## No. 97-40526
_____

## VALERIE JUDITH CANNON,

**Plaintiff-Appellant,**

versus

## CITY OF TEXARKANA, TEXAS,

**Defendant-Appellee.**

_____

### Appeal from the United States District Court
### for the Eastern District of Texas, Texarkana
### (5:96-CV-69)

_____

### February 6, 1998
### Before BARKSDALE, BENAVIDES, and DENNIS, Circuit Judges:

**PER CURIAM:**[*]

**AFFIRMED**. See Local Rule 47.6.

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.